# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:98CR10005-001 |
| ROBERT ROBINSON ) | |
| TRUE NAME ) | |
| ROBERT EARL ROBINSON ) | USM No: 05731-010 |
| Date of Original Judgment: 02/22/1999 ) | |
| Date of Previous Amended Judgment: ) | Caleb Baumgardner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 360 months **is reduced to** time served and 8 years of supervised release **is reduced to** 6 years of supervised release.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/22/1999 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/25/2020          /s/ Susan O. Hickey
                                *Judge's signature*

Effective Date: _____     Honorable Susan O. Hickey, Chief United States District Judge
*(if different from order date)*     *Printed name and title*